UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | Criminal No. 09-285 |
| | : | |
| TODD ROBINSON | : | ORDER |

The Court having considered defendant Todd Robinson's application to defer restitution payments and the United States' response thereto; and defendant having failed to provide evidence demonstrating that his monthly income is only $25; and for good and sufficient cause shown,

It is on this 5th day of August, 2010,

ORDERED that defendant TODD ROBINSON's application is DENIED;

AND IT IS FURTHER ORDERED that defendant may reapply for deferral of his restitution payments, provided that he submits documentation supporting his income claims.

HON. JOSE L. LINARES
United States District Judge