PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Todd Robinson  Cr.: 09-00285-001
PACTS #: 54097

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: 08/13/09

Original Offense: Conspiracy to Steal and Convert U.S. Treasury Checks

Original Sentence: 27 months imprisonment followed by a three-year-term of supervised release.

Type of Supervision: Supervised Release      Date Supervision Commenced: 01/28/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender tested positive for morphine and oxycodone on February 8, 2011, and for hydrocodone, hydromorphone, oxycodone, and cocaine on March 3, 2011. |

U.S. Probation Officer Action:

The offender was placed in Phase One of our random urine monitoring program, and he will be required to participate in an outpatient drug treatment program.

Respectfully submitted,
By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 3/29/11

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other  Official Court Reprimand

Signature of Judicial Officer

4-4-11
Date